14-742 CR

To whome it may concern,

    I am writing to see what actions I need to take to request an appeal attorney. I am disabled and indigent and believe my sentence was unjust. I would like to recieve information on how to obtain an appeal lawyer for this reason. Or at the very least appeal the sentence due to the fact that it was too stiff a sentence especially since I was not driving a vehicle and led to believe I could get probation or a two year sentence at the most if taken to trial. So please if your able I would like to recieve the motions to fill out to request an appeal lawyer. I am currently awaiting a lay in to see if I can request one at the law-library of my unit. So if you can please inform me of how to do this or help me by sending the motions Id truly appreciate it.

                Thank You
                Very Much,



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXA

2015 MAR 18 AM 11:58

Keith E. Hottle
DEPUTE E HOTTLE, CLERK

Vielma Andres Solis#1964402
4205 Hwy 202
Beeville Tx. 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
16 MAR 2015 PM 2 L





FILED IN THE COURT OF APPEALS
AT SAN ANTONIO
2015 MAR 18 AM 11: 58



Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa Street Suite 5200
San Antonio, Tx. 78205-3037

78205303799